590

No. 581.   MORGAN ET AL. *v.* UNITED STATES ET AL.   See *ante,* p. 1.

No. 11, original (October Term, 1934).   NEW JERSEY *v.* DELAWARE.   May 31, 1938.   The motion for leave to file petition for rehearing is granted, and petition denied.   291 U. S. 361; 295 U. S. 694.

No. 313.   LONE STAR GAS CO. *v.* TEXAS ET AL.   May 31, 1938.

No. 671.   SCHULTZ *v.* LIVE STOCK NATIONAL BANK, ADMINISTRATOR.   May 31, 1938.   302 U. S. 766.

No. 936.   NATIONAL CARBON CO. *v.* WESTERN SHADE CLOTH CO.   May 31, 1938.

No. 970.   REMINGTON RAND, INC., *v.* UNITED STATES.   May 31, 1938.

No. 985.   SPRUILL *v.* DORSEY.   May 31, 1938.

No. 988.   ALAMO NATIONAL BANK *v.* COMMISSIONER OF INTERNAL REVENUE.   May 31, 1938.

No. 989.   ALEXANDER *v.* COMMISSIONER OF INTERNAL REVENUE.   May 31, 1938.

No. 882.   ALLEN, COLLECTOR OF INTERNAL REVENUE, *v.* REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA.   May 31, 1938.